NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000438
03-NOV-2022
09:55 AM
Dkt. 20 ODSLJ**

NO. CAAP-22-0000438

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

TRUMAN LEE KETCHMARK, Plaintiff-Appellant, v. BROWN-WILLIAMSON
TOBACCO CORP.; ALL OTHER TOBACCO COMPANIES RESPONSIBLE, ET AL.
[sic]; WASHINGTON STATE DEPT. OF TRANSPORTATION; JIM SIVITS;
MAKALA SIVITS; GOV. JAY INSLEE; LT. GOV. DENNY HECK;
THE STATE OF WASHINGTON, ET AL. [sic]; MAKAHA SURFSIDE COMMUNITY
ASSOCIATION (MSSCA) BOARD; HAWAII PROPERTY MANAGEMENT (HPM),
ET AL. [sic]; and ALL OTHERS HURTING THE PLAINTIFF, NOT HELPING
THE PLAINTIFF - BERNARD NEWBY; RICHARD PINKERTON;
DALE WHITESIDES; DANICA DODD; JUDGE FONG; GARY GALIHER;
T.C. KINART "TED"; LEONARD HELTZEL-"LONNIE"; DANIEL INOUYE AND
HIS EMPLOYEES; DANIEL AKAKA AND ALL HIM [sic] EMPLOYEES;
PATSY MINK AND ALL HER EMPLOYEES; NEIL ABERCROMBIE AND HIM [sic]
EMPLOYEES; ANTHONY GUERRO AND HIS PARTNER; ATHERTON FOUNDATION;
SAMUEL COOK FOUNDATION; WEYERHAUSER FOUNDATION;
GOODYEAR FOUNDATION; BILL AND MELINDA GATES FOUNDATION; ALAN KAY;
DAVID EZRA; and COLETTE MACHADO, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC181000180)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, Nakasone and Chan, JJ.)

Upon review of the record, it appears that we lack
jurisdiction over the appeal by self-represented Plaintiff-
Appellant Truman Lee Ketchmark's appeal from the Circuit Court of
the First Circuit's (**Circuit Court**) July 21, 2021 "Order of
Dismissal [Rule 41(b)]" (**Dismissal Order**) because the Circuit
Court has not reduced the Dismissal Order to an appealable final
judgment. Hawaii Revised Statutes § 641-1(a) (2016); Hawai‘i
Rules of Civil Procedure Rule 58; Jenkins v. Cades Schutte
Fleming & Wright, 76 Hawai‘i 115, 119, 869 P.2d 1334, 1338

(1994); <u>Price v. Obayashi Hawaii Corp.</u>, 81 Hawaiʻi 171, 176, 914 P.2d 1364, 1369 (1996) (applying the separate document rule to an order dismissing a complaint for want of prosecution).

Therefore, IT IS HEREBY ORDERED that case number CAAP-22-0000438 is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawaiʻi, November 3, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge